CAUSE NO. 0989456D

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 15 2014

TIME FILED 3:13
BY_____ DEPUTY
DEBRA SPISAK

PATRICK EVANS

v.

STATE OF TEXAS

IN THE CRIMINAL
DISTRICT COURT NO.
TWO, TARRANT COUNTY
TEXAS

## NOTICE OF APPEAL

Now Comes, PATRICK EVANS, TDCJ NUMBER 1445660, in accordance with Texas Rules of Appellate Procedure 25.2, 26.2. Appellant filed a motion to have property returned to him because theres no longer an investigation and habeas corpus 11.07 has been denied.

Submitted by

_Pat E_

PATRICK EVANS #1445660
2665 Prison Rd #1
Lovelady TX, 75851

DALLAS TX 750
04 SEP 2014 PM 4 L

7610219130L

Evans Patrick 1445460
2665 prison Rd #1
Loveladn, TX 75851

District Clerk
Criminal
401 W. Belknap St
Ft worth TX 76102

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 15 2014

TIME _____
BY _____ DEPUTY

CAUSE NO. 0989458D # 3505

| THE STATE OF TEXAS | § | IN THE CRIMINAL |
|---|---|---|
| | § | |
| VS | § | DISTRICT COURT NO. 2 OF |
| Patrick Evans | § | |
| | § | TARRANT COUNTY, TEXAS |

## ORDER ON DEFENDANT'S PRO SE MOTION/CORRESPONDENCE

On this the ___21st___ day of ___August___, 20_14_, Defendant's Pro Se Motion/Correspondence was presented to the court.

The motion has been considered and said motion is hereby;

(GRANTED)     (DENIED)     (NO ACTION)

_____
JUDGE PRESIDING

___ File per Court
✓ Copy sent to Defendant
on ___8/25/14___ by _____

CAUSE NO. 0989456D

PATRICK EVANS

v.

THE STATE OF

TEXAS

IN THE CRIMINAL
DISTRICT COURT
NO. TWO OF
TARRANT COUNTY
OF TEXAS,

FILED
THOMAS A WILDER, DIST CLERK
TARRANT COUNTY, TEXAS

JUN 2 4 2014

TIME ___9:00 A.
BY _____ DEPUTY

MOTION OF REQUEST TO RELEASE
OF PROPERTY.

Now comes the defendant, Patrick
Evans TDCJ NO 1445660, request the
trial court to release a black
2001 Dodge Intrepid under seize no.
SW-14126. Defendant's state appeals are
final. Defendant Federal habeas corpus is
still pending. Due to theres no need
to hold the car, defendant asks
this court to release car to Linda
Kydd.

PRAYER

Defendant prays this court will ~~release~~ release the property to Linda Kydd.

Submitted by

PATRICK EVANS # 1445660
RTZ Box 4400 .
Gatesville TR 76592

ORDER

On ___21st___ day ___August___, 20_14_ came
to be ~~heard~~ heard the foregoing motion
to release of property.

_____ Granted

____✓____ Denied

Judge _____

request Motion to be

mailed back when filed

on

_Patrick Evans 1445660_

BJ2 Box 4400

Gatesville Tx 76597

Evans Patrick #1445660
RT2 Box 4400
Gatesville Tx 76557

AUSTIN TX 787
RIO GRANDE DISTRICT
19 JUN 2014 PM 3 L

FOREVER

Legal

CDCD

Criminal District Clerk
401 W. Belknap
Ft. worth Tx 76196

76196

| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| VS | § | DISTRICT COURT TWO |
| | § | |
| PATRICK EVANS | § | TARRANT COUNTY, TEXAS |

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
SEP 16 2014
TIME _____ BY _____ DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of this Trial Court, certify this criminal case:

____ is not a plea-bargain case, and the defendant has the right of appeal.

____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

____ is a plea-bargain case, and the defendant has NO right of appeal.

____ the defendant has waived the right of appeal.

____ involves another appealable order (specify: _____ ).

_____      Sept 16, 2014
Judge                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex.R.App.P.68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change, in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| | |
|---|---|
| Defendant | Defendant's Counsel |
| | SBOT# _____ |
| Mailing Address: _____ | Mailing Address: _____ |
| Tel. No. _____ Fax No. _____ | Tel No. _____ Fax No. _____ |

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2).

Rev. COA 10/11
Rev. DC 06/12



# TARRANT COUNTY

**Thomas A. Wilder**
*District Clerk*

September 16, 2014

Patrick Evans #1445660
Eastham Unit
2665 Prison Rd #1
Lovelady, Texas 75851

Dear Mr. Evans:

In reference to your Notice of Appeal dated September 15, 2014. For your Appeal to continue, I need for you to sign the attached Trial Court Certification of Defendant's Right of Appeal. I have highlighted the signature line for you to sign and have included a postage paid envelope to return the form to me. It is extremely important for you to do this as quickly as possible for your appeal to continue to be considered by the Second Court of Appeals.

Thanks so much for your cooperation.

Sincerely,

Susan Russell
Lead Appeal Clerk